1

2

3

4

5

6

7

8

FILED
CLERK U.S. DISTRICT COURT

MAR - 9 2017

CENTRAL DISTRICT OF CALIFORNIA
DEP.

9                    UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15  UNITED STATES OF AMERICA,    )   17- MJ-523
                                 )
16          Plaintiff,           )   ORDER [OF DETENTION] [SETTING
                                 )   CONDITIONS OF RELEASE] AFTER
17          v.                   )   HEARING (18 U.S.C. §3148(b):
                                 )   (Allegations of Violation of Pretrial
18  Ricardo Muñoz                )   Conditions of Release)
                                 )
19  _____  )
            Defendant.

20                                    A.

21          On motion of the Government involving an alleged violation of conditions of

22  pretrial release, and a warrant for arrest,

23                                    B.

24          The court finds there is:

25  (1)

26          (A)   ( )   Probable cause to believe that the defendant has committed a

27                      Federal, State, or local crime while on release and/or

28          (B)   ( )   Clear and convincing evidence that the defendant has violated any

                        other condition of release; and

1  (2)   (A)  (✓)  Based on the factors set forth in 18 U.S.C. §3142(g), there is no

2  condition or combination of conditions of release that will assure

3  that the defendant will not flee or pose a danger to the safety or

4  any other person or the community; or

5        (B)  ( )  The defendant is unlikely to abide by any condition or

6  combination of conditions of release.

7  (3)       ( )  There is probable cause to believe that, while on release, the

8  defendant committed a Federal, State, or local felony, and the

9  presumption that no condition or combination of conditions will

10  assure that the person will not pose a danger to the safety of any

11  other person or the community has not been rebutted.

12                 OR

13  (4)       ( )  The court finds that there are conditions of release that will assure

14  that the defendant will not flee or pose a danger to the safety any

15  other person or the community, and that the defendant will abide

16  by such conditions. See separate Order setting conditions.

17         ( )  It is further ordered that this order is stayed for72 hours in order

18  to allow the Government to seek review from the assigned district

19  judge or criminal duty district judge as appropriate.

20                 OR

21                 C.

22         ( )  IT IS ORDERED defendant be detained prior to trial.

23  DATED:   3-9-17

24

25

26

27  UNITED STATES MAGISTRATE JUDGE

28

- 2 -